# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

| | |
|---|---|
| DANIEL SISK, Individually and for Others Similarly Situated,<br>          Plaintiff,<br><br>v.<br><br>ENERGY INSPECTION SERVICES, LLC.<br>          Defendant. | Case No. 1:22-cv-00350-PJK-JFR<br><br>Jury Trial Demanded |

## ORDER APPROVING SETTLEMENT AND GRANTING DISMISSAL

Having considered the Plaintiff's Unopposed Motion to Approve FLSA Settlement filed February 7, 2024 (ECF No. 46), the Court is of the opinion that it should be and hereby is GRANTED.

It is therefore ordered that the Parties' Settlement Agreement is APPROVED.

1. The Court finds that the settlement memorialized in the Settlement Agreement falls within the range of reasonableness and, therefore, meets the requirements for approval.

2. The Court approves the notice methods, and forms to facilitate notice as agreed to by the Parties in the Settlement Agreement. The Notice is accurate, objective, and informative.

3. The Court appoints ILYM Group, Inc. to administer the Settlement and to perform duties in accordance with the terms of the Settlement Agreement.

4. It is further ordered that this case and all claims asserted in this case by all Plaintiffs and Opt-in Plaintiffs are DISMISSED WITH PREJUDICE, each Party to bear its own costs, unless otherwise stated in the Settlement Agreement.

SO ORDERED.

February 8, 2024

/s/ Paul Kelly, Jr.
United States Circuit Judge
Sitting by Designation